IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ANDREA TAYLOR and ) | |
| M.C. b/n/f ANDREA TAYLOR, ) | |
|     Plaintiffs, ) | |
| ) | |
| VS. ) | CASE NO. 19-138 |
| ) | |
| VAN'S DELIVERY SERVICE, INC; and ) | |
| MICHAEL WILKINS; Individually and as ) | |
| Agent/Employee of VAN'S DELIVERY ) | |
| SERVICE, INC, ) | |
|     Defendants. ) | |

## NOTICE OF REMOVAL

**To:** **The Honorable Judges of the United States District Court for the Northern District of Indiana, Hammond Division**

Comes now defendant, Van's Delivery Service, Inc., by counsel, and pursuant to 28 U.S.C. §1441, *et seq.,* removes this action from the Superior Court of Lake County, Indiana to the United States District Court for the Northern District of Indiana, Hammond Division, and in support of the same, states to the Court as follows:

1. Van's Delivery Service, Inc. is the first named defendant in a lawsuit captioned *Andrea Taylor and [M.C.] b/n/f Andrea Taylor, Plaintiffs vs. Van's Delivery Service, Inc.; and Michael Wilkins, Individually and as Agent/Employee of Van's Delivery Service, Inc., Defendants* which was filed in the Lake Superior Court, Room No. One, sitting at Hammond, Indiana on or about December 18, 2018.

2. The only process, pleadings and orders served upon this defendant was a copy of the Complaint, Summonses, Alias Summonses, and the First Amended Complaint. A copy of these documents and other matters including the docket sheet are attached hereto and marked as Exhibit A.

3. Defendant, Van's Delivery Service, Inc. was served with a Summons and Complaint on March 11, 2019.

4. Defendant, Van's Delivery Service, Inc. is a corporation incorporated under the laws of the State of Michigan and has its principal place of business in Grand Rapids, Michigan. Pursuant to 28 U.S.C. §1332(c)(1), Van's Delivery Service, Inc. is deemed to be a citizen of the State of Michigan. Van's Delivery Service, Inc. is not a citizen of the State of Indiana wherein this suit was brought.

5. Defendant, Michael Wilkins, individually and as agent/employee of Van's Delivery Service, Inc., was at the time of the loss and is currently a citizen of the State of Michigan. During all relevant times from the date of loss to the present date, Michael Wilkins has not been a citizen of the State of Indiana wherein this suit was brought. According to the docket sheet, Mr. Wilkins has not yet been properly served.

6. During all relevant times from the date of loss to the present date, plaintiffs, Andrea Taylor and M.C. b/n/f Andrea Taylor are residents and citizens of the State of Illinois. M.C., a minor, is the son of Andrea Taylor. As a result, there is complete diversity of citizenship of this action between the plaintiffs and defendants within the meaning of 28 U.S.C. §1332.

7. Van's Delivery Service, Inc., in good faith, believes and asserts that the amount in controversy in this action, exclusive of interests and costs, exceeds the sum or value of Seventy-Five Thousand and No Dollars ($75,000.00). See Affidavit of Counsel attached hereto and marked as Exhibit "B".

8. This action is removed to this Court by defendant, Van's Delivery Service, Inc., pursuant to 28 U.S.C. §1441, because this Court has original jurisdiction of this action under 28 U.S.C. §1332; this Notice of Removal is filed within thirty (30) days of receipt of the Summons

and Complaint in this action; and this action was commenced within this Court's district and division.

9. A Notice of Filing of this Notice of Removal, together with a copy of this Notice of Removal, is being filed with the Lake Superior Court, Room No. One, sitting in Hammond, Indiana. Said Notice of Filing and a copy of this Notice of Removal will also be served upon the plaintiffs and the co-defendant.

WHEREFORE, defendant, Van's Delivery Service, Inc., removes the aforesaid action from the Lake Superior Court, Room No. One, sitting at Hammond, Indiana to the United States District Court for the Northern District of Indiana, Hammond Division.

Dated: April 10, 2019.

Respectfully submitted,

**MOORE & PORTELLI**
Attorney for Defendant, Van's Delivery Service, Inc.


By: */s/ James M. Portelli*
James M. Portelli, Atty. #17503-53
1449 East 84th Place
Merrillville, IN 46410
Ph: 219/750-9540
*jportelli@mooreandportelli.com*

## **CERTIFICATE OF SERVICE**

      Service of the foregoing was made by placing a copy of the same into the United States Mail, this 10th day of April, 2019 addressed to the following:

Michael Massucci  
KELLY LAW OFFICES, LLC        Michael Wilkins  
5521 West Lincoln Highway        15790 North Baltimore Road  
Suite 101        Bruce Crossing, MI 49912  
Crown Point, IN 46307

       */s/ James M. Portelli*  
       James M. Portelli, #17503-53

**MOORE & PORTELLI**  
1449 East 84th Place  
Merrillville, IN  46410  
(219) 750-9540